Brent N. Bumgardner (Pro Hac Vice Application pending)
Decker A. Cammack (Pro Hac Vice Application pending)
Nelson Bumgardner Casto, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone:     817.377.3488
Facsimile:      817.377.3485
bbumgardner@nbclaw.net
dcammack@nbclaw.net

Robert W. Hicks (Cal. Bar No. 168049)
Kenneth R. Wright (Cal. Bar No. 176325)
Robert W. Hicks & Associates
14435 Big Basin Way, Suite 151
Saratoga, CA  95070
Telephone:     (619) 846-4333
Facsimile:      (408) 624-9369
rhicks@rwhlaw.com
kwright@rwhlaw.com

Attorneys for Plaintiff and Counter-Defendant
JONGERIUS PANORAMIC TECHNOLOGIES, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JONGERIUS PANORAMIC TECH, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE, INC., et al., <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIM | Case No.: C 12-03797 YGR <br><br> PLAINTIFF'S CIVIL LOCAL RULE 3-16 CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS <br><br> **JURY TRIAL DEMANDED** <br><br> HON. YVONNE GONZALEZ ROGERS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have a non financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Empire IP, LLC – Financial Interest
2. Jerry Jongerius – Financial Interest

Dated: _____8/17/12_____

By: /s/ Kenneth R. Wright
Kenneth R. Wright
Counsel for Plaintiff and Counter-Defendant
Jongerius Panoramic Tech, LLC