

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

December 14, 2012

Khue V. Hoang
T +1 212 596 9468
F +1 646 728 1845
khue.hoang@ropesgray.com

The Honorable Yvonne Gonzalez Rogers
United States District Court
Northern District of California
Oakland Courthouse
1301 Clay Street
Oakland, CA 94612

Re:   *Jongerius Panoramic Technologies, LLC v. Google Inc., et al.,* Case No. 4:12-cv-03797-YGR

Dear Judge Gonzalez Rogers:

      I write on behalf of Plaintiff, Jongerius Panoramic Technology and co-Defendants, Google and Apple, to apprise the Court of the progress that has been made regarding the Stipulated Protective Order (originally submitted as Exhibit D to the parties' December 10, 2012 submission (D.I. 122)).  Since that date, the parties have continued to meet and confer and have been able to resolve additional disputes.  Enclosed as Exhibit A, is an updated Stipulated Protective Order, using the red/blue format to indicate the remaining disputed sections.  The parties respectfully request the Court's guidance in resolving these few remaining issues.

Sincerely,

Khue V. Hoang

enc.

cc:   Kakoli Caprihan
      Decker A. Cammack, Esq.