**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JONGERIUS PANORAMIC TECHNOLOGIES, LLC,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**GOOGLE INC. *et al.*,**<br><br>    **Defendant(s).** | Case No.: 12-CV-03797 YGR<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

The parties' request for entry of a protective order is **DENIED WITHOUT PREJUDICE** to resubmit a proposed protective order with modifications to paragraph 6.3 so as to comply with this Court's procedures on discovery disputes (*see* Standing Order in Civil Cases ¶ 8). The parties are reminded to email a word version of the proposed protective order to YGRpo@cand.uscourts.gov.

**IT IS SO ORDERED**.

Date: January 16, 2013

                                              _____
                                              **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT COURT JUDGE**