

Charanjit Brahma
Tel 202.331.3100
Fax 202.331.3101
brahmac@gtlaw.com

February 28, 2013

**HAND DELIVERY & ECF**

The Honorable Yvonne Gonzalez Rogers, U.S.D.J.
United States District Court
Northern District of California
Oakland Courthouse
Courtroom 5 – 2nd Floor
1301 Clay St.
Oakland, CA 94612

    Re:    *Jongerius Panoramic Technologies, LLC v. Google Inc. and Apple Inc.*
           Civil Action No. C 12-03797-YGR

Dear Judge Gonzalez Rogers:

    This firm, along with Ropes & Gray LLP, submits this joint letter on behalf of Defendants, Google Inc. and Apple Inc., in the above-referenced action. We write requesting clarification of this Court's Standing Order for Patent Cases (Revised August 6, 2012). Specifically, Defendants seek to clarify whether it is permissible for the parties to first raise issues of indefiniteness during the invalidity phase of the case, rather than the claim construction phase. Defendants believe that doing so would be preferable to avoid bogging down the claim construction proceedings, but wanted to ensure that the Court does not prefer to address indefiniteness challenges during claim construction.

                                             Respectfully,

                                             Charanjit Brahma

cc:    All Counsel of Record (*via ECF*)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON+
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TYSONS CORNER
WARSAW~
WASHINGTON, D.C.
WHITE PLAINS

\* OPERATES AS GREENBERG TRAURIG MAHER LLP
+ OPERATES AS GREENBERG TRAURIG, S.C.
^ A BRANCH OF GREENBERG TRAURIG, P.A. FLORIDA, USA
~ OPERATES AS GREENBERG TRAURIG GRZESIAK sp.k.
** STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
2101 L Street NW, Suite 1000 ■ Washington, DC 20037 ■ Tel 202.331.3100 ■ Fax 202.331.3101