**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JONGERIUS PANORAMIC TECHNOLOGIES, LLC,**<br><br>    **Plaintiff(s),**<br><br>    vs.<br><br>**GOOGLE INC.** *et al.***,**<br><br>    **Defendant(s).** | **Case No.: 12-CV-03797 YGR**<br><br>**ORDER ADOPTING PARTIES' PROPOSED SCHEDULE; ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED PLEADING; AND ORDER GRANTING MOTION TO FILE UNDER SEAL** |

The Court has reviewed the parties' Agreed Proposed Docket Control Order (Dkt. No. 119-1) and **ADOPTS** those dates as the Case Management Order for this case and all parties shall comply with its provisions. In addition, the Court makes the further orders stated below:

(1) Pursuant to the Stipulation For Extension of Claim Construction Discovery and Briefing Schedule:

    (a) claim construction discovery will close on April 29, 2013;

    (b) Plaintiff's opening claim construction brief is due on May 13, 2013;

    (c) Defendants' responsive claim construction brief is due June 7, 2013; and

    (d) Plaintiff's reply claim construction brief is due June 21, 2013.

(2) Furthermore, the Court sets the following dates for the Technology Tutorial and Claim Construction Hearing[1]:

    (a) Technology Tutorial on July 10, 2013 at 9:30 a.m.; and

    (b) Claim Construction Hearing on July 17, 2013 at 9:30 a.m.

(3) To the extent that leave of Court is required, Plaintiff's Motion for Leave to File the Second Amended Complaint (Dkt. No. 143) that it filed on February 13, 2013 is **GRANTED**.[2]

---

[1] Defendant(s) will present first, although the parties may make a joint presentation at the technology tutorial.

According to the parties' Revised Joint Case Management Statement: "The parties agree that the date for the filing of amended pleadings in the Proposed Docket Control Order, attached to this CMC Statement as Exhibit A, should be February 13, 2013. Thereafter, the parties may amend the pleadings only with leave of the Court." (Dkt. No. 119 at 6.) Plaintiff filed its Second Amended Complaint on February 13, 2013 and the Court has adopted the parties' agreed upon deadline of February 13, 2013 to amend the pleadings.

(4) Google Inc.'s Administrative Motion to File Under Seal (Dkt. No. 146) is **GRANTED**. This Order terminates Dkt. Nos. 143, 146 & 151.

**IT IS SO ORDERED.**

Dated: April 5, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[2] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this motion appropriate for decision without oral argument. Accordingly, the Court **VACATES** the hearing set for April 30, 2013.