**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JONGERIUS PANORAMIC TECHNOLOGIES, LLC,** | Case No.: 12-CV-03797 YGR |
| Plaintiff(s), | **ORDER** |
| vs. | |
| **GOOGLE INC.** *et al.*, | |
| Defendant(s). | |

Defendants' Answers to the Second Amended Complaint are due **April 19, 2013**, which is 14 days from the date of the April 5, 2013 Order.

**IT IS SO ORDERED.**

Dated: April 9, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**