GREENBERG TRAURIG, LLP
Charanjit Brahma (Cal. Bar. No. 204771)
brahmac@gtlaw.com
Kakoli Caprihan (*pro hac vice*)
caprihank@gtlaw.com
Jack Lin (*pro hac vice*)
linja@gtlaw.com
2101 L Street NW, Suite 1000
Washington, DC 20037
Telephone: (202) 331-3100
Fax: (202) 261-4798

GREENBERG TRAURIG, LLP
Scott J. Bornstein (*pro hac vice*)
bornsteins@gtlaw.com
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Fax: (212) 801-6400

GREENBERG TRAURIG, LLP
Vera Ranieri (Cal. Bar No. 271594)
ranieriv@gtlaw.com
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1300
Fax: (415)358-4948

**ATTORNEYS FOR DEFENDANT
GOOGLE INC.**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JONGERIUS PANORAMIC TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE INC., and GOOGLE INC.,<br><br>Defendant. | Case No. 4:12-cv-03797-YGR<br><br>**GOOGLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br>HON. YVONNE GONZALEZ-ROGERS |

**GOOGLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant, Google Inc. ("Google"), by and through its counsel, respectfully requests this Court to enter an Order granting it an extension of time, through and including May 17, 2013, to respond to Plaintiff's Second Amended Complaint. (D.I. 139). In support of this motion, Google states as follows:

1. Plaintiff filed its Motion for Leave to File a Second Amended Complaint on March 11, 2013. (D.I. 143).

2. Google's response to the Second Amended Complaint is currently due April 19, 2013, according to this Court's Order entered on April 9, 2013. (D.I. 154).

3. The applicable rules of procedure governing this action permit this Court, in its discretion, to enlarge a period of time for "good cause" when a request is made prior to the expiration of time originally allowed. Fed. R. Civ. P. 6(b).

4. Google respectfully submits that good cause exists for an extension of time for it to respond to the Second Amended Complaint. On Friday, April 12, 2013, all parties jointly moved the Court to stay this case pending the resolution of *inter partes* review proceedings before the United States Patent and Trademark Office. (D.I. 155).

5. On April 16, 2013, Defendant, Apple Inc. ("Apple") filed a Motion for Extension of Time to Answer Plaintiff's Second Amended Complaint. Google seeks a similar extension.

6. This is Google's first request for an extension of time to respond to the Second Amended Complaint.

7. The brief, one month, extension of time requested will not prejudice any party, nor will it cause any significant delay in the prosecution of this action.

8. Plaintiff Jongerius Panoramic Technologies LLC does not oppose this motion.

FOR THE FOREGOING REASONS, Defendant, Google Inc. respectfully requests that the Court grant it an extension of time, through and including May 17, 2013, to respond to Plaintiff's Second Amended Complaint.

**GOOGLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT**
Case No. 4:12-cv-03797-YGR

2

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  April 16, 2013 | By: /s/ *Charanjit Brahma* |
|   | GREENBERG TRAURIG, LLP<br>Charanjit Brahma (Cal. Bar. No. 204771)<br>brahmac@gtlaw.com<br>Kakoli Caprihan (*pro hac vice*)<br>caprihank@gtlaw.com<br>Jack Lin (*pro hac vice*)<br>linja@gtlaw.com<br>2101 L Street NW, Suite 1000<br>Washington, DC 20037<br>Telephone: (202) 331-3100<br>Fax: (202) 261-4798 |
|   | GREENBERG TRAURIG, LLP<br>Scott J. Bornstein (*pro hac vice*)<br>bornsteins@gtlaw.com<br>MetLife Building<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 801-9200<br>Fax: (212) 801-6400 |
|   | GREENBERG TRAURIG, LLP<br>Vera Ranieri (Cal. Bar No. 271594)<br>ranieriv@gtlaw.com<br>4 Embarcadero Center, Suite 3000<br>San Francisco, CA 94111-5983<br>Telephone: (415) 655-1300<br>Fax: (415)358-4948 |
|   | *Counsel for Google Inc.* |

3

**GOOGLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT**
Case No. 4:12-cv-03797-YGR

| | | |
|---|---|---|
| 1 | Dated: April 16, 2013 | By: */s/ Brent Bumgarner (w/permission)* |
| 2 | | Brent N. Bumgardner |
| | | Texas State Bar No. 00795272 |
| 3 | | bbumgardner@nbclaw.net |
| | | Christie B. Lindsey |
| 4 | | Texas State Bar No. 24041918 |
| | | clindsey@nbclaw.net |
| 5 | | Jonathan H. Rastegar |
| | | Texas State Bar No. 24064043 |
| 6 | | jrastegar@nbclaw.net |
| | | NELSON BUMGARDNER CASTO, P.C. |
| 7 | | 3131 West 7th Street, Suite 300 |
| | | Fort Worth, Texas 76107 |
| 8 | | Telephone: (817) 377-9111 |
| | | Facsimile: (817) 377-3485 |
| 9 | | |
| | | Attorneys for Plaintiff, |
| 10 | | JONGERIUS PANORAMIC TECHNOLOGIES, LLC. |

**GOOGLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT**
Case No. 4:12-cv-03797-YGR

4

### FILER'S ATTESTATION

I CHARANJIT BRAHMA CERTIFY that I am the ECF User whose ID and password is being used to file this joint stipulation. In compliance with General Order 45, paragraph X.B, I hereby attest that Brent Bumgardner has consented in this filing.

/s/ *Charanjit Brahma*
Charanjit Brahma

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 16, 2013, I electronically filed the foregoing **GOOGLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Charanjit Brahma*
Charanjit Brahma

**PROPOSED ORDER**

PURSUANT TO THE STIPULATED, IT IS SO ORDERED.

Dated: April ___, 2013

HON. YVONNE GONZALEZ ROGERS
United States District Judge
Northern District of California

**GOOGLE INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT**
Case No. 4:12-cv-03797-YGR

6