**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JONGERIUS PANORAMIC TECH., LLC,**<br><br>     Plaintiff(s),<br><br>     vs.<br><br>**GOOGLE INC.** *et al.*,<br><br>     Defendant(s). | **Case No.: 12-CV-03797 YGR**<br><br>**ORDER STAYING ACTION PENDING INTER PARTE REVIEW** |

Pursuant to the Stipulation to Stay Litigation Pending the Outcome of Inter Partes Review, this action is **STAYED** pending resolution of Inter Partes Review of the patent-in-suit.  (1) The parties shall notify the Court when the Inter Partes Review is finally resolved, and (2) all deadlines in this case are **STAYED** until further notice from this Court.

The Court sets this matter for a Status Hearing on **Friday, January 17, 2014** at **9:01 a.m.** Five (5) business days prior to the date of the Status Hearing, the parties shall file a **JOINT STATEMENT** updating the Court on the status of the Inter Partes Review.  If the Joint Statement has been timely filed, no appearance will be required and the Status Hearing will be taken off calendar. If the Court deems the hearing necessary, telephonic appearances will be allowed if the Joint Statement has been submitted in a timely fashion.

Failure to file the Joint Statement, appear at the Status Hearing, or file a notice that the Inter Partes Review has resolved may result in sanctions, including monetary sanctions or dismissal.

This Order Terminates Docket Number 155.

**IT IS SO ORDERED.**

Dated:   April 26, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**