Charanjit Brahma (SBN: 204771)
brahmac@gtlaw.com
Kakoli Caprihan
caprihank@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone: (202) 331-3160
Facsimile: (202) 261-0135

Vera Ranieri (Cal. Bar No. 271594)
ranieriv@gtlaw.com
Nicholas A. Brown (Cal. Bar No.: 198210)
brown@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: (415) 655-1300
Fax: (415)358-4948

Adam B. Landa
landaa@gtlaw.com
Scott J. Bornstein
bornsteins@gtlaw.com
GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Telephone: 212-801-9200
Fax: 212-801-6400

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JONGERIUS PANORAMIC TECHNOLOGIES, LLC,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>GOOGLE INC.,<br><br>　　　Defendants. | CASE NO. 4:12-cv-03797-YGR<br><br>**MOTION TO PERMIT GREENBERG TRAURIG, LLP TO WITHDRAW AS COUNSEL FOR DEFENDANT GOOGLE INC.** |

Defendant Google Inc. ("Google"), by and through its undersigned counsel and pursuant to Local Rule 11-5, respectfully requests that this Court enter an Order permitting the law firm of Greenberg Traurig, LLP and its attorneys Charanjit Brahma, Scott J. Bornstein, Kakoli Caprihan, Nicholas A. Brown, Vera Ranieri, Adam B. Landa and its former attorneys Jim Fang and Jack Lin ("GT Attorneys") to withdraw as counsel of record for Google in this matter. Google will continue to be represented by the law firm of Cooley LLP and will not be prejudiced by the withdrawal of Greenberg Traurig, LLP and the GT Attorneys.

In accordance with Local Rule 11-5, written notice has been given to Google and to counsel for all other parties who have appeared in this action, via e-mail dated January 6, 2014, 2013. No party objects to the withdrawal of Greenberg Traurig, LLP and the GT Attorneys.

WHEREFORE, Defendant Google Inc. respectfully requests that this Court enter an Order permitting the law firm of Greenberg Traurig, LLP and its attorneys Charanjit Brahma, Scott J. Bornstein, Kakoli Caprihan, Nicholas A. Brown, Vera Ranieri, Adam B. Landa and its former attorneys Jim Fang and Jack Lin to withdraw as counsel of record for Google Inc.

DATED: January 7, 2014               GREENBERG TRAURIG, LLP

                                     By: /s/ Charanjit Brahma
                                         Charanjit Brahma
                                         Attorney for Defendant Google Inc.