**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JONGERIUS PANORAMIC TECH., LLC,**<br>    Plaintiff,<br>vs.<br>**GOOGLE INC.,** *et al.***,**<br>    Defendants. | Case No.: **12-CV-03797 YGR**<br><br>**ORDER VACATING STATUS HEARING; EXTENDING STAY; ORDERING FURTHER STATUS STATEMENT; SETTING STATUS HEARING** |

On April 29, 2013, this Court stayed the above-captioned matter pursuant to stipulation, pending the outcome of an inter partes review of the patents in suit by the Patent Trial and Appeal Board ("PTAB"). (Dkt. No. 160.) At that time, the Court set a Status Hearing for January 17, 2014, and ordered the parties to file a joint statement updating the Court on the status of the inter partes review. (*Id.*) The order required appearance at the status conference only in the event that the parties failed to file their joint statement on time. (*Id.*)

On January 6, 2014, the parties timely filed a joint statement apprising the Court, inter alia, that the PTAB will hold an oral hearing in the matter now before it on March 17, 2014, with a final written opinion on those matters due no later than August 19, 2014. (Dkt. No. 165.) Accordingly, the Court issues the following orders:

The parties having timely filed their joint statement, the Court **VACATES** the Status Hearing set for January 17, 2014.

In light of the continuing pendency of the inter partes review, the Court **EXTENDS** the stay in this matter until **May 16, 2014**. This extension is without prejudice to either party seeking a further extension via noticed motion or stipulation timely filed in advance of the expiration of the stay.

The Court **ORDERS** the parties to file an updated joint status statement apprising the Court of the status of the inter partes review. Such statement shall be filed no later than **May 9, 2014**. Further, the parties shall immediately apprise the Court via a filed, written notice if the inter partes review is decided, or the case otherwise resolves, before that date.

Finally, the Court **SETS** a Status Hearing for its 9:01 a.m. Calendar on **May 16, 2014.** If an updated joint statement has been timely filed, no appearance will be required and the Status Hearing will be taken off calendar. If the Court deems the hearing necessary, telephonic appearances may be allowed if the joint statement has been submitted in a timely fashion.

Failure to file the joint statement, appear at the May 16 compliance hearing, or file a notice that the inter partes review has resolved may result in sanctions.

**IT IS SO ORDERED.**

Date: January 15, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**