UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONGERIUS PANORAMIC TECH., LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOOGLE INC., *et al.*,<br><br>    Defendants. | Case No.: 12-CV-03797 YGR<br><br>ORDER EXTENDING STAY; ORDERING FURTHER STATUS STATEMENT; CONTINUING STATUS HEARING |

Pursuant to the Court's Order of January 15, 2014 (Dkt. No. 168) and the parties' timely filed joint status statement of May 6, 2014 (Dkt. No. 170), the latter of which represents that a final decision of the Patent Trial and Appeal Board ("PTAB") regarding the inter partes review request designated IPR2013-00191 ("IPR") "is due no later than August 19, 2014," the Court **EXTENDS** the stay in this matter until **August 29, 2014**.

The Court **ORDERS** the parties to file an updated joint status statement apprising the Court of the status of the IPR by either (1) **August 22, 2014** or (2) **the third business day** after the PTAB's resolution of the IPR, whichever transpires first.

The Court **CONTINUES** the status conference set for May 16, 2014 to the Court's 9:01 a.m. Calendar on **Friday, August 29, 2014.** If appropriate, the Court may advance the date of the status conference.

**IT IS SO ORDERED.**

Date: May 9, 2014

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE