JOINTLY SUBMITTED
[Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JONGERIUS PANORAMIC TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE INC., and APPLE INC., <br><br> Defendants. | Case No. 4:12-cv-03797-YGR <br><br> **JOINT STATEMENT UPDATING THE COURT ON THE STATUS OF THE *INTER PARTES* REVIEW** <br><br> **JURY TRIAL DEMANDED** <br><br> Hon. Yvonne Gonzalez Rogers |

Pursuant to this Court's May 9, 2014 Order Extending Stay, Plaintiff Jongerius Panoramic Technologies, LLC ("JPT") and Defendants Google Inc. ("Google") and Apple Inc. ("Apple") file this Joint Statement updating the Court on the status of the *Inter Partes* Review.

1. IPR2013-00191 (the "IPR") was jointly petitioned by Google and Apple with respect to Claims 1–6, 10–15, 17–19, 21, 23–25, 27 and 28 of U.S. Patent 6,563,529 ("the '529 Patent"). The IPR concerns all claims asserted to date by JPT in this Action.

2. On August 12, 2014, the Patent Trial and Appeal Board ("PTAB") of the United States Patent and Trademark Office issued a Final Written Decision in the IPR. *See* attached Tab A. In the Final Written Decision, the PTAB ordered that claims 1–6, 10–15, 17–19, 21, 23–25, 27, and 28 of the '529 patent are held unpatentable. The PTAB's decision disposes of every claim asserted by JPT in this Action. The PTAB further ordered that JPT's Motion to Amend Claims is denied and JPT's Motion to Exclude Evidence is denied. JPT has 63 days to appeal the decision to the Federal Circuit or 30 days to request rehearing.

3. In view of the PTAB's Final Written Decision holding that all claims asserted by JPT in this Action are unpatentable, the parties hereby request that the stay be extended pending appeal to the Federal Circuit and/or rehearing by the PTAB, if any.

Dated: August 14, 2014        Respectfully Submitted,

By */s/ Brent N. Bumgardner*
Brent N. Bumgardner
Texas State Bar No. 00795272
bbumgardner@nbclaw.net
Christie B. Lindsey
Texas State Bar No. 24041918
clindsey@nbclaw.net
Jonathan H. Rastegar
Texas State Bar No. 24064043
jrastegar@nbclaw.net
**NELSON BUMBARDNER CASTO, P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111
Facsimile: (817) 377-3485

**Attorneys for Plaintiff**
*JONGERIUS PANORAMIC TECHNOLOGIES, LLC*

| | |
|---|---|
| 1 | |
| 2 | By */s/ Heidi L. Keefe* |
| 3 | HEIDI LYN KEEFE (Cal. Bar. No. 178960) |
|   | **COOLEY LLP** |
| 4 | Five Palo Alto Square |
|   | 3000 El Camino Real |
| 5 | Palo Alto, California 94306 |
|   | Telephone: (650) 849-5000 |
| 6 | Facsimile: (650) 849-7400 |
| 7 | hkeefe@cooley.com |
| 8 | MICHAEL G. RHODES (116127) |
|   | **COOLEY LLP** |
| 9 | 101 California Street, 5th Floor |
| 10 | San Francisco, CA 94111-5800 |
|    | Telephone: (415) 693-2000 |
| 11 | Facsimile: (415) 639-2222 |
|    | mrhodes@cooley.com |
| 12 | |
|    | **Attorneys for Defendant** |
| 13 | ***GOOGLE INC.*** |
| 14 | |
| 15 | By */s/ Khue V. Hoang* |
|    | JAMES R. BATCHELDER (CSB # 136347) |
| 16 | **ROPES & GRAY LLP** |
|    | 1900 University Ave, 6th Floor |
| 17 | East Palo Alto, CA 94303 |
|    | Telephone: 650-617-4000 |
| 18 | Facsimile: 650-617-4090 |
| 19 | james.batchelder@ropesgray.com |
| 20 | KHUE V. HOANG (CSB # 205917) |
|    | JOSEF B. SCHENKER (*pro hac vice*) |
| 21 | **ROPES & GRAY LLP** |
| 22 | 1211 Avenue of the Americas |
|    | New York, NY 10036 |
| 23 | Telephone: 212-596-9000 |
| 24 | Facsimile: 212-596-9090 |
|    | khue.hoang@ropesgray.com |
| 25 | josef.schenker@ropesgray.com |
| 26 | |
| 27 | |
| 28 | |

3

**JOINT STATEMENT UPDATING THE COURT ON THE STATUS OF THE *INTER PARTES* REVIEW**
Case No. 4:12-cv-03797-YGR

| | |
|---|---|
| 1 | PAUL M. SCHOENHARD (*pro hac vice*) |
|   | **ROPES & GRAY LLP** |
| 2 | One Metro Center |
|   | 700 12th Street, NW, Suite 900 |
| 3 | Washington, DC 20005-3948 |
|   | Telephone: 202-508-4600 |
| 4 | Facsimile: 202-508-4650 |
| 5 | paul.schoenhard@ropesgray.com |
| 6 | **Attorneys for Defendant** |
| 7 | *APPLE INC.* |

# FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3), the undersigned attests that all parties have concurred in the filing of this Joint Statement Updating the Court on the Status of the *Inter Partes Review*.

Dated: August 14, 2014     */s/ Heidi L. Keefe*
                                              Heidi L. Keefe