**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JONGERIUS PANORAMIC TECH., LLC,**<br>  Plaintiff,<br>  v.<br>**GOOGLE INC.,** *et al.***,**<br>  Defendants. | Case No.: 12-CV-03797 YGR<br><br>**ORDER EXTENDING STAY; ORDERING FURTHER STATUS STATEMENT; CONTINUING STATUS HEARING** |

On April 29, 2013, pursuant to a stipulation by the parties, the Court stayed the above-captioned patent infringement action pending completion of *inter partes* review ("IPR") proceedings before the Patent and Trial Appeal Board ("PTAB"). (Dkt. No. 160.) On August 14, 2014, the parties apprised the Court that on August 12, 2014 the PTAB had issued a Final Written Decision in the IPR, finding that "every claim asserted" in this action is unpatentable. (Dkt. No. 172.) The parties further represent that plaintiff "has 63 days to appeal the decision to the Federal Circuit or 30 days to request rehearing." (*Id.*)

Accordingly, the Court **EXTENDS** the stay in this matter until **November 7, 2014**. The Court **ORDERS** the parties to file an updated joint status statement apprising the Court of any appeal or request for rehearing no later than **Friday, October 31, 2014**.

The Court **CONTINUES** the status conference set for August 29, 2014 to the Court's 9:01 a.m. Calendar on **Friday, November 7, 2014.**

**IT IS SO ORDERED.**

Date:  August 18, 2014

              _____
              **YVONNE GONZALEZ ROGERS**
              **UNITED STATES DISTRICT COURT JUDGE**