Brent N. Bumgardner (Pro Hac Vice)
Christie B. Lindsey (Pro Hac Vice)
Jonathan H. Rastegar (Pro Hac Vice)
Nelson Bumgardner Casto, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone:    817.377.3488
Facsimile:    817.377.3485
bbumgardner@nbclaw.net
clindsey@nbclaw.net
jrastegar@nbclaw.net

Robert W. Hicks (Cal. Bar No. 168049)
Kenneth R. Wright (Cal. Bar No. 176325)
Robert W. Hicks & Associates
14435 Big Basin Way, Suite 151
Saratoga, CA  95070
Telephone:    (619) 846-4333
Facsimile:    (408) 624-9369
rhicks@rwhlaw.com
kwright@rwhlaw.com

Attorneys for Plaintiff and Counter-Defendant
JONGERIUS PANORAMIC TECHNOLOGIES, LLC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JONGERIUS PANORAMIC TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOGLE INC., et al.,<br><br>    Defendants. | Case No.: C 12-03797 YGR<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>**JURY TRIAL DEMANDED**<br><br>HON. YVONNE GONZALEZ ROGERS |

## JOINT STIPULATION OF DISMISSAL

Defendant Google Inc. ("Google") and Defendant Apple Inc. ("Apple") agree to not seek fees or costs from Plaintiff Jongerius Panoramic Technologies, LLC ("JPT") in exchange for Plaintiff JPT's agreement to not appeal any ruling made in Case IPR2013-00191 and therefore, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2), Plaintiff JPT and Defendants Google and Apple respectfully move for: (1) dismissal WITH PREJUDICE of all of JPT's claims against Google and Apple in this action; and (2) dismissal WITHOUT PREJUDICE of all of Google's and Apple's counterclaims against JPT in this action, with JPT, Google, and Apple to each bear their own costs and attorneys' fees.

Dated: September 19, 2014

Respectfully submitted,

/s/ *Brent N. Bumgardner*
Brent N. Bumgardner
Texas State Bar No. 00795272
bbumgardner@nbclaw.net
Christie B. Lindsey
Texas State Bar No. 24041918
clindsey@nbclaw.net
Jonathan H. Rastegar
Texas State Bar No. 24064043
jrastegar@nbclaw.net
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone:     (817) 377-9111
Facsimile:     (817) 377-3485

**ATTORNEYS FOR PLAINTIFF
JONGERIUS PANORAMIC
TECHNOLOGIES, LLC**

Respectfully submitted,

/s/ Heidi L. Keefe
HEIDI L. KEEFE (Cal. Bar. No. 178960)
**COOLEY LLP**
3175 Hanover Street
Palo Alto, California 94304
Telephone: (650) 849-5000
Facsimile: (650) 849-7400
hkeefe@cooley.com

MICHAEL G. RHODES (116127)
**COOLEY LLP**
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 639-2222
mrhodes@cooley.com

**Attorneys for Defendant**
*GOOGLE INC.*


Respectfully submitted,

/s/ *Khue V. Hoang*
JAMES R. BATCHELDER
ROPES & GRAY LLP
1900 University Ave, 6th Floor
East Palo Alto, CA  94303
Telephone:     650-617-4000
Facsimile:     650-617-4090
james.batchelder@ropesgray.com

KHUE V. HOANG
JOSEF B. SCHENKER (pro hac vice)
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
Telephone:     212-596-9000
Facsimile:     212-596-9090
khue.hoang@ropesgray.com
josef.schenker@ropesgray.com

PAUL M. SCHOENHARD (pro hac vice)
ROPES & GRAY LLP

| | |
|---|---|
| 1 | One Metro Center |
| 2 | 700 12th Street, NW, Suite 900 |
|   | Washington, DC 20005-3948 |
| 3 | Telephone:    202-508-4600 |
|   | Facsimile:    202-508-4650 |
| 4 | paul.schoenhard@ropesgray.com |

**ATTORNEYS FOR DEFENDANT APPLE INC.**

-4-

**JOINT STIPULATION OF DISMISSAL**
**C-12-03797 YGR**

**FILER'S ATTESTATION**

I, Brent N. Bumgardner, am the ECF User whose ID and password is being used to file this joint stipulation. In compliance with General Order 45, paragraph X.B, I hereby attest that Heidi L. Keefe and Khue Hoang have consented in this filing.

/s/ *Brent N. Bumgardner*
Brent N. Bumgardner

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served on counsel for all parties of record on September 19, 2014 via the Court's CM/ECF system.

/s/ *Brent N. Bumgardner*
Brent N. Bumgardner